# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00075-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| SPENCER W. BRACEY, | ) | DATE:  June 23, 2020 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00075-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on June 23, 2020, is vacated.

IT IS SO ORDERED.

Dated:  June 22, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDERN TO DISMISS AND VACATE I/A     1     U.S. v. SPENCER W. BRACEY